# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RECEIVED
OCT 01 2019
PRO SE OFFICE

## CIVIL COVER SHEET

1. (a) Plaintiff(s): Robert W. Johnson
   (b) Bronx County
   (c) 3345 Fish Ave.: APT. 1 : Bronx, NY 10469

19 CV 9127

Defendants: Spadafora & Verrastro LLP: Verrastro James P., James P. Verrastro, Joseph C. Todoro, Joseph Anthony Todoro, God Apartments Belmont Management, Belmont Management Company Inc., God City Housing, Belmont Development, Belmont Construction, Ryan Hudspeth & Social Security Administration.

2. Basis of Jurisdiction: 28 U.S.C § 1331: Federal Question.

A. Basis for Federal Jurisdiction:
Ineffective Counsel, Breach of Contracts, Discrimination, Due Process Violations, Civil Rights Violations, Abuse of Authority, Denial of Plaintiff's Civil Rights & Disabilities & U.S. Constitutional Violations.

3. Statement of Claim:
Spadafora & Verrastro LLP: Verrastro James P. failed to represent Plaintiff in 01/06/14 God City Housing bicycle accident due to Belmont Housing Development failure to Keep facility protected from civilians being injured due to bad weather conditions. God City Housing failed to accept responsibility for Plaintiff's injuries that have worsened since 01/06/14. Social Security Administration failed to grant Plaintiff benefits due to SSA assumptions

Related Cases: Second Circuit Courts Docket "18-2399".

Origin: Original Proceeding.

Jury Demand: Yes.

Basis of Jurisdiction For Jury Demand is 28 U.S.C § 1331: Federal Question.

Nature of Suit: Civil Rights 440: Other Civil Rights.

Relief Sought: $550 Trillion For Punitive Damages & $400 Billion For Future Punitive Damages; Judicial Sanctions; All Other Actions Deemed Just & Proper; 100% Ownership of Defendants Corporations.

September 20, 2019

Robert W. Johnson
Robert W. Johnson
3345 Fish Ave. : APT. 1
Bronx, NY 10469

ECMC
Erie County Medical Center Corp.

EMERGENCY SERVICE FACESHEET (Page 1 of 2)

EXHIBIT NO. B22F
PAGE: 2 OF 4

PATIENT

| NAME | | REGISTRATION NUMBER | MEDICAL RECORD NUMBER |
|---|---|---|---|
| JOHNSON,ROBERT | | V00003887890 | M000810238 |

| SOCIAL SECURITY NO. | INS. PLAN | ARRIVAL TIME | TRIAGE BY | TRIAGE TIME | REFFERAL TIME |
|---|---|---|---|---|---|
| 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 | HARTWC | 01/06/14 0957 | CHARRING | 01/06/14 1013 | |

| PRIMARY CARE PROVIDER | PHONE | ABS SVC | DR TYPE | BIRTHDATE | AGE | SEX | ACUITY | ROOM |
|---|---|---|---|---|---|---|---|---|
| | | | | 02/26/1984 | 29 | M | 3 | WR – |

CHIEF COMPLAINT: Neck Pain
ALLERGIES: No Known Allerg
EMERGENCY ATTENDING:

MEDICAL CONDITIONS: DENIES
MEDICATIONS: DENIES

TIME SEEN: 12[10]

TRIAGE NURSE ASSESSMENT
PT S/P FALL OFF BIKE -LOC. C.O NECK, BACK AND PELVIC PAIN. AMBULATING WITH STEADY GAIT.

(1, 1, 4, 4)

Hx/PFSH limited due to: ☐ Mental Status ☐ Critical Illness ☐ Nonverbal (Peds)
Other:

Additional history from: ☑ Old records ☐ Family ☐ EMS ☐ Transfer/NH

**HISTORY** (Location, quality, severity, duration, timing, context, modifying factors, assoc. signs and symptoms)

[illegible handwriting]

LAST TETNUS

(0, 0, 0, 1, 2)

PMH: [illegible handwriting]
FAM. HX
SOC. HX

MAR ST M S D
TOB Y N H/O
ETOH/SUB Y N H/O
NH Y N H/O

**PHYSICAL**

| TEMP | B/P | PULSE | RESP | PULSEOX | PAIN LOCATION | PAIN SEVERITY |
|---|---|---|---|---|---|---|
| 97.8 | 127/73 | 67 | 16 | 100 | NECK, BACK | 10 |

[illegible handwriting]

PATIENT FECAL OCCULT RESULTS POS / NEG
Pos. Control: + / – Neg. Control: + / –

**DIAGNOSTIC TESTS**

[illegible handwriting]

☑ CHART COMPLETE
☑ PT SEEN & DISCUSSED WITH ATTEND / EXT-HPI RN ROS / PFSH / DX / RX REVIEWED / AGREE

**DIAGNOSIS** Neck strain

ADMITTING SERVICE :
TIME NOTIFIED :
ATTENDING :

CONSULTATION / PRIMARY PHYSICIAN

TIME CALLED / RESPONDED

PHYSICIAN/EXT/ST SIGNATURE [signature] DATE/TIME 1/6/14 ED ATTENDING [signature] MD DATE/TIME 12[10] 1/6/14

Rev. 10/13
ED.001

M000810238 12[00]
V00003887890

Erie County Medical Center Corp.

EMERGENCY SERVICE FACESHEET (Page 2 of 2)

EXHIBIT NO. B22F
PAGE: 3 OF 4

PATIENT

| NAME | | REGISTRATION NUMBER | MEDICAL RECORD NUMBER | |
|---|---|---|---|---|
| JOHNSON,ROBERT | | V00003887890 | M000810238 | |

| SOCIAL SECURITY NO. | INS. PLAN | ARRIVAL TIME | TRIAGE BY | TRIAGE TIME | REFERRAL TIME |
|---|---|---|---|---|---|
| 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 | HARTWC | 01/06/14 0957 | CHARRING | 01/06/141013 | |

| PRIMARY CARE PROVIDER | TELEPHONE | BIRTHDATE | AGE | SEX | ACUITY | ROOM |
|---|---|---|---|---|---|---|
| | | 02/26/1984 | 29 | M | 3 | WR - |

CHIEF COMPLAINT: Neck Pain
ALLERGIES: No Known Allerg

LAST ER VISIT: 12/29/12 ARRIVAL MODE: Self EMS AGENCY/UNIT: TRAVEL LAST 2 WK: N WHERE TO:
LAST ADMIT DATE: LAST DISCHARGE DATE: ADMIT PHYSICIAN: ADMIT SERVICE:
HIV CONSENT: TRIAGED V00003887890A
DNR ORDER: N FORM WITH PATIENT: N BILL OF RIGHTS GIVEN TO PATIENT/FAMILY: TRANSFER IN: N TRANSFER FROM: HOSPICE: N
LIMITATION OF TREATMENT: N RECEIVED HIPAA NOTICE OF PRIVACY PRACTICES: Y HEALTH CARE PROXY: N HEALTH CARE PROXY AGENT:

PROCEDURE NOTES Reason:
☐ Conscious sedation ☐ RSI Intubation

TIME

RE-EVALUATION

CRITICAL CARE
30-74 mins
75-104 mins
105-134 mins
135-164 mins
165-194 mins

☐ personally supervised the procedures as noted above.

ATTENDING NOTE
c/o neck and LBP s/p fall [illegible] back
no HA no numb [illegible]

[illegible] : back p.

CONST ☑ Rev ·Meas of at least 3 vs signs:
☐ NL ·Gen appearance of patient

EYES ☑ NL ·Insp conj/lids
☑ NL ·Exam pupils/irises
☐ NL ·Ophthalmoscopic exam

ENT ☐ NL ·Ext insp ears/nose
☐ NL ·Otoscopic exam
☐ NL ·Assess hearing
☐ NL ·Nasal mucosa/septum/turb
☐ NL ·Lips/teeth/gums
☐ NL ·Exam oropharynx

Neck ☐ NL ·Exam neck [illegible] TTP
☐ NL ·Exam thyroid

Resp ☑ NL ·Resp effort
☐ NL ·Percus chest
☐ NL ·Palp chest
☑ NL ·Aus lungs

CV ☐ NL ·Palp heart
☐ NL ·Aus heart
Exam of:
☐ NL ·carotid art
☐ NL ·abd aorta
☐ NL ·feml art
☐ NL ·pedal pulses
☐ NL ·extrem -- edema/varicosities

Chest (Brsts) ☐ NL ·Insp breasts
☐ NL ·Palp breasts/axillae

GI (Abd) ☑ NL ·Abd-masses/tender
☑ NL ·Liver/spleen
☐ NL ·Hernia
☐ NL ·Rectum
☐ NL ·Stool occult blood

GU ♂ ☐ NL ·Scrotal contents
☐ NL ·Penis
☐ NL ·Prostate

GU ♀ ☐ NL ·Ex. genit/vag
☐ NL ·Urethra
☐ NL ·Bladder
☐ NL ·Cervix
☐ NL ·Uterus
☐ NL ·Adnexa/parametria

Lymph ☐ NL Palp of nodes in 2+ areas:
☐ NL ·Neck
☐ NL ·Axillae
☐ NL ·Groin
☐ NL ·Other

Musc/skel ☑ NL ·Exam gait/station
·Exam joints/bones/muscles:
☑ NL ·Insp and/or palp
☑ NL ·Range of motion
☐ NL ·Stability
☑ NL ·Muscle strength/tone
☐ NL ·Back [illegible] non localized TTP
☐ NL ·Pelvis

Skin ☐ NL ·Insp skin/subQ tissue
☐ NL ·Palp skin/subQ tissue

Neuro ☑ NL ·Test CN nerves
☑ NL ·DTR's
☐ NL ·Sensation

Psych ☐ NL ·Desc judgment/insight
☐ NL Brief assess MS:
☑ NL ·Orient to time/place/person
☑ NL ·Recent/remote memory
☐ NL ·Mood/affect

SOC. HX MAR ST M S D
TOB Y N H/O
ETOH/SUB Y N H/O

[illegible handwritten note: ... no sign of ... will ... c-spine]

Level 1 Problem Focused 1 BA or System
Levels 2&3 Exp Prob Focused 2-4 BA or Systems
Level 4 Detailed 5-7 BA or Systems
Level 5 Comprehensive 8 or more Systems

R Krause MD 1/6/14
SIGNATURE DATE / TIME

☑ PT SEEN & DISCUSSED WITH RESIDENT / EXT-HPI RN ROS / PFSH / DX / RX REVIEWED / AGREE

Rev. 10/13
ED.002

M000810238

V00003887890

EMERGENCY DEPARTMENT – DISCHARGE INSTRUCTIONS

ECMC NO. B22F

PAGE: 4 OF 4

ERIE COUNTY MEDICAL CENTER CORPORATION

Name: JOHNSON, ROBERT
Med. Rec. #: M000810238 Date of Birth: 02/26/1984 Age: 29
Visit #: V00003887890 Insurance: HARTFORD-COMPENSATION
Service Date: 01/06/14 Service Time: 0957 Room:

Check with your primary provider or prescribing specialist for regular medication dosages and continued appropriateness of medications.

☐ Please give a copy of this information to your primary care provider

Take medications only as prescribed: ☐ Take following medicine(s) in addition to your regular medicine(s). ☐ Take following medicine(s) and make changes to your present medicine(s) as noted below.

**Prescription Monitoring Program reviewed: ☐ Yes ☐ No (Exempt: Emergency Department; quantity does not exceed 5 day supply)**

| NO. | MEDICINE | INSTRUCTIONS |
|---|---|---|
| MED. #1 | None | |
| MED. #2 | | |
| MED. #3 | | |

**Restrictions:**

☑ None Return Date __/__/__ No job modification necessary

☐ Modified Activity Start Date __/__/__ End Date __/__/__ Modified duty described below:

☐ Off Work/School Start Date __/__/__ End Date __/__/__

**Modify Activity As Follows**

☐ **Do Not** operate moving machinery/motor vehicles/bicycles

☐ **Do Not** work above ground level (climbing ladders, elevated platforms, catwalks, etc.)

☐ No Pushing/Pulling/Lifting with arm/shoulder ☐ Right ☐ Left

☐ No Flexion/Extension of elbow ☐ Right ☐ Left

☐ Limited Lifting/Carrying, not to exceed ☐ 10 lbs. ☐ 25 lbs. ☐ 50 lbs

☐ No Bending/Twisting at ☐ Waist ☐ Neck

☐ Must have a sit down job

☐ No Squatting/Kneeling

**Additional Instructions:** As [illegible]

**Follow up Physician:** ________ **Phone Number:** ________

☐ Follow up only if not feeling better in ____ days

☐ Must follow up within ____ days

**Return to ER if you have the following symptoms:**

Fever > 102

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

[signature]
Physician/Nursing Personnel Signature

I understand treatment and instructions given to me.
X Robert W. Johnson
Patient Signature
1-6-14 Date 1350 Time

☐ **TRANSPORTATION APPROPRIATE FOR CONDITION**

- You have received emergency treatment at E.C.M.C. Follow the instructions carefully. If your condition continues to deteriorate, or unexpected symptoms develop, call the follow-up physician for advice or return to the Emergency Department for re-evaluation. Otherwise follow up as instructed. Call the doctor's office the next day for an appointment.
- If X-rays were taken, they were interpreted by an Emergency Physician while you were being treated in the E.D. These tests will be reviewed again by appropriate specialists the next day. You will be notified immediately in case of additional findings.

0622636
Rev. 10/13
NURINS.002

M000810238

V00003887890

RECEIVED
2019 SEP 30 PM 4:23
CLERK'S OFFICE
S.D.N.Y.

ROBERT W. JOHNSON
3345 FISH AVE.
APT. 1
BRONX, NY 10007

USM
SDNY

COURT CLERK
U.S. COURTHOUSE
500 PEARL ST.
NEW YORK, NY 10007

RECEIVED
OCT 01 2019
PRO SE OFFICE

PRO SE

UNITED STATES POSTAL SERVICE
1000
10007

U.S. POSTAGE PAID
FCM LG ENV
BRONX, NY
10469
SEP 28, 19
AMOUNT
$1.15
R2305K135207-12